

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2019

No. 04-19-00262-CV

**IN THE MATTER OF R.C.,**

From the 436th District Court, Bexar County, Texas
Trial Court No. 2018JUV01596
Honorable Lisa Jarrett, Judge Presiding

# O R D E R

Sitting:   Sandee Bryan Marion, Chief Justice
Irene Rios, Justice
Liza A. Rodriguez, Justice

This is an accelerated appeal. On August 28, 2019, we issued an opinion and judgment vacating the juvenile court's transfer order and remanding this case to the juvenile court for further proceedings. On September 9, 2019, appellant filed a motion to expedite the issuance of the mandate. Appellee has not filed any opposition to the motion.

Appellant's motion to expedite the issuance of the mandate is GRANTED. The clerk of this court is instructed to issue the mandate immediately. *See* Tex. R. App. P. 18.6 (allowing the appellate court to expedite the issuance of the mandate in an accelerated appeal).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of September, 2019.

_____
LUZ ESTRADA,
Chief Deputy Clerk